**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DESHAWN JACKSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

RECEIVABLES PERFORMANCE MANAGEMENT LLC,

Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 07 2018 ★

BROOKLYN OFFICE

Case No. 1:17-cv-06515-ILG-LB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        November 28, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Peter Cipparulo
Peter Cipparulo, Esq.
Law Offices of Peter Cipparulo, III, LLC
349 Route 206, Suite K
Hillsborough, NJ 08844
Tel: 908-275-8777
PeterCipparulo@cipplaw.com
*Attorney for Defendant*

So Ordered
[signature]
12/3/18